UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ACS INDUSTRIES INC., <br><br> Plaintiff, <br><br> v. <br><br> GREAT NORTHERN INSURANCE COMPANY, <br><br> Defendant. | C.A. No. 1:22-CV-00095-MSM-LDA |

## JUDGMENT

IT IS ORDERED AND ADJUDGED:

Judgment entered in accordance with the Memo and Order of 7/19/2024.

Enter:

/s/ Carrie L. Potter
Deputy Clerk

Dated: 7/19/2024